# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CRAIG CUNNINGHAM and KRISTOPHER AMBROS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GLOBAL PERSONALS, LLC, a Florida limited liability company, FLING.COM, LLC, a Florida limited liability company, and SHAUN GHIORZI, a Nevada individual,<br><br>*Defendants*. | Case No. 1:19-cv-23073-JEM |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Craig Cunningham and Kristopher Ambros and Defendants Global Personal, LLC and Fling.com, LLC hereby stipulate to the dismissal of this action with prejudice to Plaintiffs' individual claims and without prejudice to any other member of the putative class's right to bring claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 15, 2020.

/s/Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Counsel for Plaintiff Craig Cunningham and all others similarly situated*

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Counsel for Defendant*
201 South Biscayne Boulevard
Miami Center, 22nd Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: _/s/ Lawrence A. Kellog_
LAWRENCE A. KELLOGG, P.A.
Florida Bar No. 328601
Primary: lak@lklsg.com
Secondary: ah@lklsg.com